UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PFIZER IRELAND PHARMACEUTICALS, *et al.*,
                                    Plaintiffs,

-v-

DSV PANALPINA A/S, *et al.*,
                                    Defendants.

21-CV-5215 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendants were served on September 1, 2021 and September 2, 2021. However, no appearance has been entered on either Defendant's behalf and no responses to the complaint have been filed in the allotted time. Plaintiffs have not moved for a default judgment.

Plaintiffs are directed to notify the Court whether they intend to move for default judgment, or if they have received any communication from Defendants or their counsel regarding a response to the complaint.

If Plaintiffs fail by October 19, 2021, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

Plaintiffs are directed to serve a copy of this order by mail on Defendants.

SO ORDERED.

Dated: October 4, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge